### HOLEBROOK v. LUCAS.

A deed given by a grantor, who is disseized and out of possession except to the possessor, is void.

ACTION of ejectment for a tract of land. Plea not guilty. Issue to the court.

The land belonged to Lucas's wife in fee; she died without ever having had a child; Lucas continued in the possession claiming it to be his; her brother takes administration and has the land distributed to him as her heir-at-law, and sells it to the plaintiff; Lucas being in possession claiming it at the same time.

The question was — Whether the brother's deed was void by the statute, he being disseized at the time of executing it, to the plaintiff?

By the COURT. Judgment — That the defendant is not guilty, on the ground that the deed is void by the statute.